# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RICHARD HOLLINGSWORTH, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 12-0481-CG-C |
| PAMELA BARBER, M.D., | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 7, 2014 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 6th day of March, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE