IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD HOLLINGSWORTH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 12-0481-CG-C |
| PAMELA BARBER, M.D., | ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that defendant Dr. Pamela Barber's motion for summary judgment (Doc. 14; *see also* Doc. 15 (conversion order)) be **GRANTED**. The Plaintiff is not entitled to a judgment and the action is **DISMISSED ON THE MERITS.**

**DONE and ORDERED** this 6th day of March, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE